**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) <u>ELECTRONICALLY FILED</u> |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| STACY K. EDWARDS, AS PRESIDENT OF | ) |
| DR. STACY K. EDWARDS, P.S.C., | ) |
| | ) |
| Respondent. | ) |
| | ) |

**PETITION TO ENFORCE**
**<u>INTERNAL REVENUE SERVICE SUMMONS</u>**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Kerry B. Harvey, United States Attorney for the Eastern District of Kentucky, avers to this Court as follows:

I.

This is a proceeding brought pursuant to the provisions of Sections 7402(b) and 7604(a) of Title 26, U.S.C., to judicially enforce an Internal Revenue Service summons.

II.

Linda Kennedy is a revenue officer of the Internal Revenue Service, in the Small Business/Self-Employed Division in Lexington, Kentucky, and is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in Section 7602 of Title 26, U.S.C., and Treasury Regulations, Section

301.7602-1, 26 C.F.R. § 301.7602-1.

## III.

The respondent resides or is found at the address shown on the summons, which address is within the jurisdiction of this Court.

## IV.

Linda Kennedy, Revenue Officer, is conducting an investigation into the collection of income tax liabilities, unemployment tax/Form 940 liabilities, and employment tax/Form 941 liabilities of Dr. Stacy K. Edwards, P.S.C. for the taxable periods as set forth in the declaration attached hereto and incorporated herein as Exhibit A.

## V.

The respondent is in possession and control of testimony and documents concerning the above-described investigation.

## VI.

On June 18, 2013, an Internal Revenue Service summons was issued by Linda Kennedy, Revenue Officer, directing the respondent to appear before Linda Kennedy, Revenue Officer, and showing the date and place respondent was required to appear, the testimony and books, papers, records, or other data the respondent was required to produce in order to comply therewith, and the manner in which service was made.  An attested copy of

the summons was served on the respondent, Stacy K. Edwards, as

President of Dr. Stacy K. Edwards, P.S.C., by handing it to him,

by Linda Kennedy, Revenue Officer, on June 19, 2013.  The

summons is attached hereto and incorporated herein as Exhibit B.

VII.

On the appearance date stated in the summons, the

respondent did not appear.  The refusal to comply continues to

date as set forth in the declaration attached hereto as Exhibit

A.

VIII.

The books, papers, records, or other data sought by the

summons are not already in the possession of the Internal

Revenue Service with the exception of a partially completed Form

433B, Collection Information Statement for Businesses.

IX.

All administrative steps required by the Internal Revenue

Code for the issuance of a summons have been taken.

X.

No Justice Department referral, as defined by 26 U.S.C.,

Sec. 7602(d), is in effect with respect to Dr. Stacy K. Edwards,

P.S.C. for the years under investigation.

XI.

It is necessary to obtain the testimony and to examine the

books, papers, records, or other data sought by the summons in

order to properly investigate the collection of the income tax

liabilities, unemployment tax/Form 940 liabilities, and

employment/Form 941 liabilities as set forth in the declaration,

Exhibit A.

WHEREFORE, the petitioner respectfully prays:

1.   That this Court enter an order directing the respondent

to show cause, if any, why respondent should not comply with and

obey the aforementioned summons and each and every requirement

thereof.

2.   That the Court enter an order directing the respondent

to obey the aforementioned summons and each and every

requirement thereof by ordering the attendance, testimony, and

production of the books, papers, records, or other data as is

required and called for by the terms of the summons before Linda

Kennedy, Revenue Officer, or any other proper officer or

employee of the Internal Revenue Service, at such time and place

as may be fixed by Linda Kennedy, Revenue Officer, or any other

proper officer or employee of the Internal Revenue Service.

3.   That the Court grant such other and further relief as is just and proper.

UNITED STATES OF AMERICA

KERRY B. HARVEY
United States Attorney


By:    /S/ Brandon L. Fyffe
     BRANDON L. FYFFE
     Special Assistant United States
      Attorney
     260 West Vine Street, Suite 300
     Lexington, Kentucky 40507
     Telephone: (859) 685-4923
     Facsimile: (859) 233-2533
     Email:  Brandon.Fyffe@usdoj.gov